IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CATHLENE A. CUTTER,           )<br>                              )<br>     Plaintiff,              )<br>                              )<br>     v.                       )    Cause No. 4:18-cv-00137-RLY-DML<br>                              )<br>RIPLEY CROSSING MANAGEMENT    )<br>INC., d/b/a RIPLEY CROSSING,  )<br>                              )<br>     Defendant.               )| |

## ORDER APPROVING SETTLEMENT
## AND DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' Joint Motion For Review And Approval Of Settlement Agreement, and being duly advised, finds that the settlement reached by the parties in this matter is fair and reasonable. The Court therefore **APPROVES** the parties' Settlement Agreement and Release. Further ordered this case is **DISMISSED WITH PREJUDICE**, each party to bear his or its own attorney's fees and costs, except as set forth in the Settlement Agreement and Release.

**SO ORDERED** this 8th day of January, 2019.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Notice to all counsel of record via CMECF